# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**MARK A. MCAULIFFE,**

    **Plaintiff,**

**v.**                                                                                                    **No. 14-cv-0025 SMV**

**CAROLYN W. COLVIN, Acting Commissioner of**
**Social Security Administration,**

    **Defendant.**

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for a Rehearing, with Supporting Memorandum [Doc. 18] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**